UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No.: 2:25-cr-00066-KCD-NPM

DONALD WAYNE STITTIAM,

Defendant,
_______________________________/

**ORDER ON FINAL REVOCATION**

On October 9, 2026, this matter came before the Court for a final revocation hearing regarding defendant's probation. Defendant has not complied with the mandatory conditions of his supervision. Defendant admitted to the following allegation in the Petition (Doc. 77):

> **New criminal conduct, Driving While License Suspended/Revoked-Revocation Equivalent-2nd or Subsequent Offense, occurring on July 22, 2026, while on supervision in violation of the mandatory conditions of supervision.**

The Court finds that the defendant violated this condition of probation.

Accordingly, it is hereby

**ORDERED:**

Defendant is adjudicated **guilty** of the violation, but defendant shall be continued on probation. All terms and conditions of the original term of probation set forth in the Criminal Judgment (Doc. 71) remain in place.

**DONE and ORDERED** at Fort Myers, Florida, this 26th day of October 2026.

Kyle C. Dudek
United States District Judge